**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

JESSIE ADAMS                                                                            PLAINTIFF

v.                                                      C IVIL ACTION NO. 3:26-CV-14-MPM-RP

SERGIO JIMENEZ                                                                      DEFENDANT

<u>REPORT AND RECOMMENDATION</u>

On January 20, 2026, Jessie Adams, proceeding *pro se*, filed this action along with a motion to proceed *in forma pauperis*. ECF 1 & 2. Because Adams seeks to proceed *in forma pauperis*, her complaint is subject to screening under 28 U.S.C. § 1915(e)(2), which provides for the *sua sponte* dismissal of the complaint if the court finds it is "frivolous or malicious" or if it "fails to state a claim on which relief may be granted." Upon concluding that Adams' one-page complaint consisted of a conclusory allegation that failed to state a claim, the undersigned ordered the plaintiff to show cause as to why her case should not be dismissed. ECF 4. The court warned that "If the plaintiff fails to respond and show cause as required by this order, this matter will be dismissed by the court." *Id.* The plaintiff has not responded to the court's order and the time for her to do so has passed.

Therefore, the undersigned RECOMMENDS that this case be DISMISSED without prejudice. Plaintiff is referred to FED. R. CIV. P. 72(b) for the appropriate procedure in the event a party desires to file objections to these findings and recommendations. Objections are required to be in writing and must be filed within fourteen (14) days of this date and "a party's failure to file written objections to the proposed findings, conclusions and recommendation in a magistrate judge's report and recommendation within [14] days after being served with a copy

1

shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court . . . .” *Douglass v. United States Automobile Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc) (citations omitted).

  **SO ORDERED**, this the 19th day of February 2026.

         /s/ Roy Percy        
         UNITED STATES MAGISTRATE JUDGE